**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **PETER LEWIS GORDON,** )<br>)<br>)<br>**v.** )<br>) **\*\*Civil No. 08-100-B-S**<br>**STATE OF MAINE, et al,** )<br>)<br>**Defendants** )<br>)<br>) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 13, 2008, his Recommended Decision (Docket No. 21). Plaintiff filed his Objection to the Recommended Decision (Docket No. 23) on June 20, 2008. The Defendants filed their response to Plaintiff's Objection (Docket No. 24) on July 9, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 16) is **GRANTED**.  The Plaintiff's Motion to Amend (Docket No. 14) is **DENIED**.

/s/George Z. Singal
Chief U.S. District Judge

Dated: July 10, 2008